# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **RONALD D. BEAVERS** | § | |
| | § | |
| **V.** | § | **NO. 1:05-CV-635** |
| | § | |
| **EXPRESS JET HOLDINGS, INC.** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge for pretrial proceedings under Referral Order RC-72.1. The court has received and considered the Report of the United States Magistrate Judge pursuant to such order.

The magistrate judge recommends that the court grant defendant's motion and transfer venue to the United States District Court for the Southern District of Texas, Houston Division. No objections to this recommendation have been filed. The court otherwise finds the magistrate judge's report to be correct and the report is **ADOPTED**. It is further

**ORDERED** that plaintiff's motion to transfer venue (Docket No. 8) is **GRANTED**. It is

**ORDERED** that this case is **TRANSFERRED** to the Southern District of Texas, Houston division. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **8**   day of **December, 2005.**

_____
Ron Clark, United States District Judge